Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
Paige S. Silva, Esq. (SBN 16001)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com
Email: psilva@efstriallaw.com

*Attorneys for Defendants*
*Schindler Elevator Corporation and*
*Schindler Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| KEVIN MCDERMOTT,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; THE PEELLE COMPANY d/b/a PEELLE DOOR, a foreign corporation, SCHINDLER ELEVATOR CORPORATION, a foreign corporation; SCHINDLER ENTERPRISES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X; inclusive,<br><br>Defendants. | Case No.  2:22-cv-01654-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS SCHINDLER ELEVATOR CORPORATION AND SCHINDLER ENTERPRISES, INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

   IT IS STIPULATED AND AGREED, by and between Plaintiff Kevin McDermott ("Plaintiff") and Defendants Schindler Elevator Corporation and Schindler Enterprises, Inc. (collectively, "Schindler"), through their respective counsel, that the time for Schindler to respond to Plaintiff's Complaint is extended by 30 days, from October 7, 2022 to November 7, 2022.

   IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the deadline to hold the Fed. R. Civ. Proc. 26(f) discovery planning conference is extended until

1  December 7, 2022 and the deadline to file the joint discovery plan and scheduling order is
2  December 21, 2022.
3        This extension request is necessary to provide additional time to evaluate the allegations in
4  the Complaint and for the additional defendants, Otis Elevator Corporation and The Peelle
5  Company to be served and to answer the Complaint. Further, an extension on the time to hold the
6  Fed. R. Civ. Proc. 26(f) discovery planning conference will allow all parties to participate.
7  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and
8  including November 7, 2022 for Defendants Schindler Elevator Corporation and Schindler
9  Enterprises, Inc., to respond to the Complaint; up to and including December 7, 2022 for the parties
10 to hold the Fed. R. Civ. Proc. 26(f) discovery planning conference; and up to and including
11 December 21, 2022 to file the joint discovery plan and scheduling order.
12       This is the first such request by the parties.

Dated: October 5, 2022.

| EVANS FEARS & SCHUTTERT LLP | AHLANDER INJURY LAW |
|---|---|
| */s/ Jay J. Schuttert*<br>Jay J. Schuttert, Esq. (SBN 8656)<br>Alexandria L. Layton, Esq. (SBN 14228)<br>Paige S. Silva, Esq. (SBN 16001)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>*Attorneys for Defendants Schindler Elevator Corporation and Schindler Enterprises, Inc.* | */s/ M. Erik Ahlander*<br>M. Erik Ahlander, Esq. (SBN 9490)<br>9183 West Flamingo Road, Suite 110<br>Las Vegas, NV 89147<br><br>*Attorney for Plaintiff Kevin McDermott* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2022

**Case No. 2:22-cv-01654-GMN-NJK**