# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN MCDERMOTT,

    Plaintiff

v.

OTIS ELEVATOR COMPANY,

    Defendant

Case No.: 2:22-cv-01654-APG-BNW

**Order Striking Certificate of Interested Parties**

    I ORDER that defendant The Peelle Company's certificate of interested parties (ECF No. 45) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of The Peelle Company as required by the amendment to that rule.

    I FURTHER ORDER defendant The Peelle Company to file a proper certificate of interested parties by October 20, 2023.

    DATED this 12th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE