**NLWD**
M. ERIK AHLANDER, ESQ.
Nevada Bar No. 9490
AHLANDER INJURY LAW
9183 W. Flamingo Road, Ste. 110
Las Vegas, Nevada 89147
(702) 996-7400 Telephone
(702) 202-3985 Facsimile
erik@ahlanderinjurylaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| KEVIN McDERMOTT, individually,<br><br>Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; THE PEELLE COMPANY d/b/a PEELLE DOOR, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; SCHINDLER ENTERPRISES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-01654-APG-BNV |

**STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (first request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KEVIN MCDERMOTT ("Plaintiff"), and Defendant OTIS ELEVATOR COMPANY ("Otis"), through their respective counsel, that the due date for Plaintiff's Opposition to Defendant Otis's Motion for Summary Judgment [ECF No. 57], which was filed on November 14, 2024, be extended fourteen days from December 5, 2024, to December 19, 2024, and that Defendant Otis's corresponding Reply to said Opposition be due 14 days after that, or on January 2, 2025, pursuant to LR IA 6-1.

1  This request is necessary because the parties are currently discussing a potential resolution

2  and also have a mediation currently scheduled for December 16, 2024, and a resolution, if obtained,

3  will eliminate further briefing by the undersigned parties.

4  DATED this __5th__ day of December, 2024.

5

6  AHLANDER INJURY LAW                    BROWNE GREEN, LLC

7

8  /s/ M. Erik Ahlander, Esq.              /s/ Jared Green, Esq.
   M. ERIK AHLANDER, ESQ.                  JARED GREEN, ESQ.
9  Nevada Bar No. 9490                     Nevada Bar No. 10059
   AHLANDER INJURY LAW                     BROWNE GREEN, LLC
10 9183 W. Flamingo Road, Ste. 110         3755 Breakthrough Way, Suite 210
11 Las Vegas, Nevada 89147                 Las Vegas, NV 89135
   *Attorney for Plaintiff*                *Attorney for Defendant,*
12                                         *Otis Elevator Company*

**ORDER**

**IT IS SO ORDERED.** Based upon the foregoing stipulation, the briefing response extensions are granted as follows:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Deadline for Plaintiff to Oppose Defendant Otis' Motion for Summary Judgment | December 5, 2024 | **December 19, 2024** |
| Deadline for Defendant to Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | December 19, 2024 | **January 2, 2025** |

No trial date has been set.

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: December 6, 2024

CASE NO.: 2:22-cv-01654-APG-BNW