**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN MCDERMOTT,<br><br>　　　Plaintiff<br><br>v.<br><br>OTIS ELEVATOR COMPANY, et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-01654-APG-BNW<br><br>**Order Denying Motion for Summary Judgment as Moot**<br><br>[ECF No. 57] |

　　　In light of the stipulation dismissing defendant Otis Elevator Company (ECF No. 61),

　　　I ORDER that defendant Otis Elevator Company's motion for summary judgment **(ECF No. 57) is DENIED as moot**.

　　　DATED this 7th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE