Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: sarakawa@efsmmlaw.com

*Attorneys for Defendant*
*Schindler Elevator Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| KEVIN MCDERMOTT,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; THE PEELLE COMPANY d/b/a PEELLE DOOR, a foreign corporation, SCHINDLER ELEVATOR CORPORATION, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X; inclusive,<br><br>Defendants. | Case No. 2:22-cv-01654-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS STIPULATED, by and between Plaintiff Kevin McDermott and Defendant Schindler Elevator Corporation, through their undersigned counsel of record, that Defendant Schindler Elevator Corporation be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

**NOW THEREFORE, IT IS STIPULATED AND AGREED** that Plaintiff's Complaint is dismissed with prejudice against Defendant Schindler Elevator Corporation; and

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and costs incurred in this action

EVANS FEARS SCHUTTERT MCNULTY MICKUS

/s/ Jay J. Schuttert
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant
Schindler Elevator Corporation*

AHLANDER INJURY LAW

/s/ M. Erik Ahlander
M. Erik Ahlander, Esq. (SBN 9490)
9183 W. Flamingo Road, Suite 110
Las Vegas, NV 89147

*Attorneys for Plaintiff Kevin McDermott*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/

DATED: January 8, 2025

**Case No. 2:22-cv-01654-APG-BNW**