BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bkt@thorndal.com
Attorneys for Defendant,
The Peelle Company dba Peelle Door

**UNTIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN McDERMOTT, individually<br><br>Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; THE PEELLE COMPANY d/b/a PEELLE DOOR, a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01654-APG-BNW |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
**OF THE PEELLE COMPANY dba PEELLE DOOR**

IT IS HEREBY STIPULATED AND AGREED, by and between, M. Erik Ahlander, Esq., of Ahlander Injury Law, on behalf of plaintiff Kevin McDermott and Brian K. Terry, Esq. of Thorndal Armstrong, PC, on behalf of defendant, The Peelle Company dba Peelle Door, that the above-entitled matter be dismissed with prejudice as to defendant, The Peelle Company dba Peelle Door, and each of the above parties to bear their own fees and costs incurred herein.

/ / /

-1-

*McDermott v. Otis Elevator, et al.*
*Case No. 2:22-cv-01654-GMN-NJK*
*Stipulation and Order for Dismissal with Prejudice*

| | |
|---|---|
| Dated this 3rd day of February, 2025. | Dated this 3rd day of February, 2025. |
| AHLANDER INJURY LAW | THORNDAL ARMSTRONG, PC |
| */s/ M. Erik Ahlander* | */s/ Brian K. Terry* |
| M. Erik Ahlander, Esq. | Brian K. Terry, Esq. |
| Nevada Bar No. 9490 | Nevada Bar No. 3171 |
| 9183 W. Flamingo Rd., Ste. 110 | 600 S. Las Vegas Blvd., Ste. 400 |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorneys for Defendant, |
| Kevin McDermott | The Peelle Company dba Peelle Door |

### ORDER ON STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that the above entitled matter is dismissed with prejudice as to defendant, The Peelle Company dba Peelle Door, and each of the parties to pay their own fees and costs.

**IT IS SO ORDERED:**

DATED this 4th day of February, 2025.

_____
CHIEF U.S. DISTRICT COURT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

*/s/ Brian K. Terry*
Brian K. Terry, Esq.
Nevada Bar No. 3171
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
The Peelle Company dba Peelle Door